1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   KEVIN C. KHASIGIAN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,                | 2:14-MC-00074-MCE-CKD

12 |                    Plaintiff,             |

13 |          v.                               | STIPULATION AND ORDER TO CONTINUE
                                                MOTION FOR RETURN OF PROPERTY
14 | MISCELLANEOUS FIREARMS,                    BRIEFING SCHEDULE
   | AMMUNITION, AND CURRENCY LISTED
15 | IN EXHIBIT A,                             | DATE: September 20, 2017
                                                TIME: 10:00 a.m.
16 |                    Defendants.            | JUDGE: Hon. Carolyn K. Delaney

17
   | MICHAEL ROBERT TURNER,
18
   |                    Petitioner.
19

20

21     The United States of America, by and through Assistant U.S. Attorney Justin L. Lee, and

22 Gregory W. Foster, Attorney for Petitioner, Michael Robert Turner, hereby agree and stipulate to

23 continue the motion for return of property briefing schedule as follows:

24     • United States' opposition by August 25, 2017

25     • Petitioner's reply by September 8, 2017

26

27     The hearing set for September 20, 2017 at 10:00 a.m. will remain unchanged. Counsel for the

28

                                              1
                                                         Stipulation and Order to Continue Motion
                                                                           Briefing Schedule

United States is scheduled to start trial on August 1, 2017, in *United States v. Francisco Felix, et al.*, 2:14-CR-00040-WBS. The trial is expected to last for two weeks. The continuance will provide additional time for the United States to respond to the arguments made in the motion for return of property.

Dated: 7/27/17

PHILLIP A. TALBERT
United States Attorney

/s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

Dated: 7/27/17

/s/ Gregory W. Foster
GREGORY W. FOSTER
Attorney for Petitioner Michael Robert Turner

(Authorized by email)

**ORDER**

IT IS SO ORDERED.

Dated: July 28, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Exhibit A**

1. Unknown Rifle Cal: unknown SN: none (14-ATF-000769),
2. Unknown Rifle Cal: unknown SN: none (14-ATF-000773),
3. Unknown Rifle Cal: unknown SN: none (14-ATF-000774),
4. Unknown Rifle Cal: unknown SN: none (14-ATF-000782),
5. Unknown Rifle Cal: unknown SN: none (14-ATF-000783),
6. Polytechnologies AKS Rifle Cal: 762 SN: 8748 (14-ATF-000786),
7. Unknown Pistol Cal: unknown SN: none (14-ATF-000789),
8. Unknown Pistol Cal: unknown SN: none (14-ATF-000790),
9. Unknown Rifle Cal: unknown SN: none (14-ATF-000791),
10. Unknown Rifle Cal: unknown SN: none (14-ATF-000792),
11. Unknown Rifle Cal: unknown SN: none (14-ATF-000794),
12. Unknown Receiver/Frame Cal: unknown SN: none (14-ATF-000795),
13. Unknown Rifle Cal: unknown SN: none (14-ATF-000796),
14. Vltor Weapons Systems unknown Pistol Cal: unknown SN: none (14-ATF-001254), and
15. 20 rounds of Winchester-Western ammunition Cal: 20 (14-ATF-001054).

Stipulation and Order to Continue Motion Briefing Schedule